**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAVID RICHMOND AND ANGELIA RICHMOND,** | § § § | |
| **vs.** | § | **CIVIL ACTION NO. 4:18-cv-1733** |
| | § § | |
| **OCWEN LOAN SERVICING, LLC** | § § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Ocwen Loan Servicing, LLC ("Defendant" or "Ocwen") files this Notice of Removal premised upon diversity jurisdiction.

## I.    INTRODUCTION

1.    On April 19, 2018, Plaintiffs David and Angelia Richmond ("Plaintiffs") filed their Original Petition (the "Original Petition") in the 334th Judicial District Court for Harris County, Texas under Cause No. 2018-26579.

2.    In the Original Petition, Plaintiffs assert a breach of contract claim against Defendant and request monetary damages.

3.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the state court action and obtained by Defendant are attached hereto and marked as composite **Exhibit "A"** and incorporated herein by reference.

## II.    TIMELINESS OF REMOVAL

4.    This removal is filed within 30 days of Defendant's receipt of Plaintiffs' Original Petition, and it is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

### III.    BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5.      This Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332(a) because the parties are completely diverse in citizenship, and the amount in controversy exceeds $75,000.00.

**A.      *Complete Diversity Exists.***

6.      Complete diversity exists because Plaintiffs and Defendant are citizens of different states.

7.      Plaintiffs are citizens of  Texas who reside in Harris County.

8.      Defendant Ocwen Loan Servicing, LLC is a Delaware Limited Liability Company with its principal place of business in Florida.  A limited liability company's citizenship is determined by the citizenship of all of its members.[1]   The sole member of Ocwen is Ocwen Mortgage Servicing, Inc.  A corporation is considered to be a citizen of (1) a U.S. state where it is incorporated, and (2) the U.S. state where it has its principal place of business.[2]  Ocwen Mortgage Servicing, Inc. is incorporated in the U.S. Virgin Islands and its principal place of business is in the U.S. Virgin Islands.  Accordingly, both Ocwen Loan Servicing, LLC and Ocwen Mortgage Servicing, Inc. are citizens of the U.S. Virgin Islands and are not considered citizens of the State of Texas for the purposes of 28 U.S.C. § 1332.

9.      Because Plaintiffs are citizens of Texas and Defendant is a citizen of the U.S. Virgin Islands, complete diversity of citizenship exists between the parties and removal is proper.

---

[1] *Harvey v. Gray Wolf Drilling Co.,* 542 F.3d 1077,1080 (5th Cir. 2008).
[2] 28 U.S.C. § 1332.

**B.      *The Amount in Controversy Exceeds $75,000.00.***

10.      Plaintiffs' Original Petition seeks monetary relief of over $100,000 but not more than $200,000. Therefore, based on the value of the relief sought by Plaintiffs in their Original Petition, the amount in controversy exceeds $75,000.00.

## IV.      <u>ADDITIONAL REQUIREMENTS</u>

11.      Venue for this removal is proper in the U.S. District Court for the Southern District of Texas, Houston Division, because this district and division include Harris County, Texas, the location of the pending state court action.

12.      Plaintiffs demanded a jury trial in their Original Petition.

13.      Written notice of removal will be provided to Plaintiffs and filed with the District Clerk of Harris County, Texas contemporaneously with this pleading.

14.      This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

15.      Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, having satisfied the requirements for removal, Defendant Ocwen Loan Servicing, LLC gives notice that  Cause No. 2018-26578, originally filed in the 334th District Court of Harris County, Texas, has been removed to this Court.

Respectfully submitted,

By:  */s/ Amanda R. Laviage*
AMANDA R. LAVIAGE
State Bar No. 24102067
1001 McKinney, Suite 1500
Houston, Texas  77002
**MCGLINCHEY STAFFORD**
Telephone: (713) 520-1900
Facsimile:  (713) 520-1025
alaviage@mcglinchey.com

*Attorney for Ocwen Loan Servicing, LLC*

## CERTIFICATE AND NOTICE OF FILING

I certify that the foregoing Notice of Removal was sent to the District Clerk of Harris County, Texas, and that written notice of filing of the Notice of Removal was served upon the attorney of record for Plaintiffs.

*/s/ Amanda R. Laviage*
Amanda R. Laviage

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing was served on counsel of record and filed with the Clerk of the Court via the CM/ECF filing system on May 25, 2018, who will in turn provide notification of same to the following registered CM/ECF users:

***Via Court's ECF E-Filing System and***
***Via Certified Mail/RRR 9414 7266 9904 2059 5406 00***
Jason B. Swanson
Petite Law PLLC
1300 N Sam Houston Parkway E., Ste. 175
Houston, Texas 77032

***Attorney for Plaintiffs***

*/s/ Amanda R. Laviage*
Amanda R. Laviage

577974.1