# EXHIBIT "A"

CAUSE NO. 2018-26579

*David Richmond*
*v. Ocwen Loan Servicing, LLC*
In The District Court of 334th Judicial District, Harris County, Texas

**INDEX OF STATE COURT FILE**

| # | Document | Date Filed |
|---|---|---|
| 1. | Docket Sheet | |
| 2. | Plaintiffs' Original Petition | 04/19/2018 |
| 3. | Civil Case Information Sheet | 04/19/2018 |
| 4. | Civil Process Request | 04/19/2018 |
| 5. | Certified Mail Tracking Number 7017 1450 0001 3436 8721 | 04/19/2018 |
| 6. | Domestic Return Receipt | 04/30/2018 |
| 7. | Defendant's Original Answer and Affirmative Defenses | 05/18/2018 |

| HCDistrictclerk.com | RICHMOND, DAVID vs. OCWEN LOAN SERVICING LLC | 5/23/2018 |
|---|---|---|
| | Cause: 201826579    CDI: 7    Court: 334 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/19/2018 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Debt/Contract - Debt/Contract |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 4/19/2018 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 334th |
| **Address** | 201 CAROLINE (Floor: 14)<br>HOUSTON, TX 77002<br>Phone:7133686500 |
| **JudgeName** | STEVEN KIRKLAND |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| RICHMOND, DAVID | PLAINTIFF - CIVIL | | SWANSON, JASON BERNARD |
| 16351 ROYAL FORT LANE, HOUSTON, TX 77073 | | | |
| OCWEN LOAN SERVICING LLC | DEFENDANT - CIVIL | | LAVIAGE, AMANDA RACHEL |
| RICHMOND, ANGELIA | PLAINTIFF - CIVIL | | SWANSON, JASON BERNARD |
| 16351 ROYAL FORT LANE,, HOUSTON, TX 77073 | | | |

OCWEN LOAN SERVICING LLC BY SERVING THE   REGISTERED AGENT
REGISTERED AGENT OF SAID

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 5/18/2018 | ANSWER ORIGINAL PETITION | | | 0 | | LAVIAGE, AMANDA RACHEL | OCWEN LOAN SERVICING LLC |
| 4/19/2018 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 4/19/2018 | ORIGINAL PETITION | | | 0 | | SWANSON, JASON BERNARD | RICHMOND, ANGELIA |
| 4/19/2018 | ORIGINAL PETITION | | | 0 | | SWANSON, JASON BERNARD | RICHMOND, DAVID |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | OCWEN LOAN SERVICING LLC BY SERVING THE REGISTERED AGENT OF SAID | 4/19/2018 | 4/19/2018 | | 4/30/2018 | | 73485496 | CVC/CTM SVCE BY CERTIFIED MAIL |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 80010649 | Defendant's Original Answer and Affirmative Defenses: | | 05/18/2018 | 2 |
| 79816984 | Domestic Return Receipt | | 04/30/2018 | 2 |
| 79568055 | Plaintiffs' Original Petition | | 04/19/2018 | 6 |
| -> 79568056 | Civil Case Information Sheet | | 04/19/2018 | 2 |
| -> 79568057 | Civil Process Request | | 04/19/2018 | 1 |
| 79627309 | Certified Mail Tracking Number 7017 1450 0001 3436 8721 | | 04/19/2018 | 2 |

4/19/2018 3:56 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24028322
By: Walter Eldridge
Filed: 4/19/2018 3:56 PM

**2018-26579 / Court: 334**

NO. _____

| | | |
|---|---|---|
| **DAVID RICHMOND AND ANGELIA RICHMOND**<br>**Plaintiffs,** | §<br>§<br>§<br>§ | **IN THE DISTRICT COURT** |
| **V.** | §<br>§ | **_____ TH JUDICIAL DISTRICT** |
| **OCWEN LOAN SERVICING, LLC**<br>**Defendant.** | §<br>§ | **OF HARRIS COUNTY, TEXAS** |

<u>**PLAINTIFFS' ORIGINAL PETITION**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** David Richmond and Angelia Richmond, hereinafter called Plaintiffs, complaining of and about Ocwen Loan Servicing, LLC, hereinafter called Defendant, and for cause of action show unto the Court the following:

**DISCOVERY CONTROL PLAN LEVEL**

1.   Plaintiffs intend that discovery be conducted under Discovery Level 2.

**PARTIES AND SERVICE**

2.   Plaintiff, David Richmond, is an Individual whose address is 16351 Royal Fort Lane, Houston, Texas 77073.

3.   David Richmond last three numbers of social security number are XXX-XX-X057.

4.   Plaintiff, Angelia Richmond, is an Individual whose address is 16351 Royal Fort Lane, Houston, Texas 77073.

5.   Angelia Richmond last three numbers of social security number are XXX-XX-X198.

6.   Defendant Ocwen Loan Servicing, LLC, a Nonresident Limited Liability

Company, may be served with process by serving the registered agent of said company, Corporations Service Company dba CSC, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

7. The subject matter in controversy is within the jurisdictional limits of this court.

8. Plaintiffs seek:

   a. monetary relief over $100,000 but not more than $200,000.

9. This court has jurisdiction over Defendant Ocwen Loan Servicing, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Ocwen Loan Servicing, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

10. Plaintiff would show that Defendant Ocwen Loan Servicing, LLC had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

11. Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant Ocwen Loan Servicing, LLC to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

12. Furthermore, Plaintiff would show that Defendant Ocwen Loan Servicing, LLC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant contracted with a Texas

resident and performance of the agreement in whole or in part thereof was to occur in Texas.

13. The Court has jurisdiction over Defendant because Defendant does business in the State of Texas, including originating, servicing and/or owning loans, which necessarily involves contracting with Texas residents by mail or otherwise when at least one of the parties is to perform the contract in Texas.

14. Venue in HARRIS County is permissive in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTUAL ALLEGATIONS

15. On November 30, 2016, David Richmond and Angelia Richmond entered into a written contract with Ocwen Loan Servicing, LLC, providing that the Plaintiffs' mortgage terms will be modified in accordance with the agreement and that the Plaintiffs' will make the requisite trial payment of $1,030.15 ("the Contract"). A copy of the contract is attached as Exhibit A and incorporated by reference.

16. David and Angelia Richmond made the necessary one trial payment of $1,030.15. Once the payment was made and received by an employee, J. Sanchez, it was misapplied to a July payment. David and Angelia Richmond were notified that they did not receive the modification because they had not completed three (3) consecutive trial payments as dictated in the agreement. The agreement only specified that one trial payment needed to be made. (See Exhibit B). The Plaintiffs continued to make payments as agreed, which were rejected by Defendants and the foreclosure process followed. The Plaintiffs home was subsequently sold at a foreclosure sale.

## BREACH OF CONTRACT

17. Plaintiffs incorporate by reference the allegations set forth above as if the same were fully set forth herein.

18. All conditions precedent to the performance of Ocwen Loan Servicing, LLC under the Contract have been met.

19. The contractual obligations of David Richmond and Angelia Richmond have been fully performed.

20. Defendant has failed to perform its contractual obligations, specifically, Defendant failed to modify the terms of the mortgage as agreed and instead foreclosed on the home and subsequently sold the home at a foreclosure sale. .

21. Defendant's breach of contract described hereinabove has injured Plaintiffs, entitling Plaintiffs to damages as set forth in the contract.

## DAMAGES

22. Plaintiffs have sustained damages in excess of this Court's jurisdictional minimum, as a result of the actions and/or omissions of Defendant described hereinabove, including, but not limited to:

(1) Actual Damages

(2) Prejudgment and postjudgment interest

(3) Court Cost

(4) Attorney Fees

(5) All other relief to which Plaintiff is entitled.

## ATTORNEY'S FEES

23. Request is made for all costs and reasonable and necessary attorney's fees

incurred by or on behalf of Plaintiffs herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by Chapter 38 of the Texas Civil Practice and Remedies Code.

### ALTERNATIVE ALLEGATIONS

24.     Pursuant to Rules 47 and 48, Texas Rules of Civil Procedure and the rules of pleadings, allegations in this petition are made in the alternative.

### PLAINTIFFS HEREBY DEMAND TRIAL BY JURY

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, David Richmond and Angelia Richmond, respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendant for damages requested hereinabove in an amount in excess of the minimum jurisdictional limits of the Court, together with prejudgment and postjudgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which the Plaintiffs may be entitled at law or in equity, whether pled or unpled.

Respectfully submitted,

PETITE LAW PLLC

By: _____
Jason B. Swanson
Texas Bar No. 24083927
Email: jswanson@jbslegal.org
1300 N. Sam Houston Parkway E.
Suite 175
Houston, Texas 77032
Tel. (281) 783-9290
Fax. (281) 677-4224
jswanson@petitelaw.com

Attorney for Plaintiffs
David Richmond and Angelia Richmond

Unofficial Copy Office of Chris Daniel District Clerk

Case 4:18-cv-01733 Document 1-1 Filed in TXSD on 05/25/18 Page 11 of 19
4/19/2018 3:56:13 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 24028322
By: ELDRIDGE, WALTER F
Filed: 4/19/2018 3:56:13 PM

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: 2018-26579 / Court: 334     **COURT** *(FOR CLERK USE ONLY)*:

**STYLED** DAVID RICHMOND AND ANGELIA RICHMOND VS. OCWEN LOAN SERVICING, LLC
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

**Name:** Jason B. Swanson
**Email:** jswanson@jbslegal.org
**Address:** 1300 N. Sam Houston Pkwy. E. Suite 175
**Telephone:** (281) 783-9290
**Fax:** (281) 677-4224
**City/State/Zip:** Houston, Texas 77032
**State Bar No:** 24083927

**Signature:** [signed]

### Names of parties in case:

**Plaintiff(s)/Petitioner(s):**
David Richmond
Angelia Richmond

**Defendant(s)/Respondent(s):**
Ocwen Loan Servicing, LLC

*[Attach additional page as necessary to list all parties]*

### Person or entity completing sheet is:
- [X] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

**Additional Parties in Child Support Case:**
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract**
- [ ] Consumer/DTPA
- [X] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises

*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Paternity/Parentage
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

- ☒ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☒ Less than $100,000 and non-monetary relief
- ☒ Over $100,000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☒ Over $1,000,000

Rev 2/13

Unofficial Copy Office of Chris Daniel District Clerk

4/19/2018 3:56:13 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 24028322
By: ELDRIDGE, WALTER F
Filed: 4/19/2018 3:56:13 PM

# 2018-26579 / Court: 334

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____  **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition

**FILE DATE OF MOTION:** April 19, 2018
                         Month/ Day/ Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Corporation Service Company dba CSC
   **ADDRESS:** 211 E. 7th Street, Suite 620, Austin, TX 78701
   **AGENT,** (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): Original Petition

**SERVICE BY** (check one):
- ☐ ATTORNEY PICK-UP
- ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL
- ☒ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

***

2. **NAME:** _____
   **ADDRESS:** _____
   **AGENT,** (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ ATTORNEY PICK-UP
- ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** Jason B. Swanson        **TEXAS BAR NO./ID NO.** 24083927
**MAILING ADDRESS:** 1300 N. Sam Houston Pkwy. E Suite 175, Houston TX 78032
**PHONE NUMBER:** 281 783-9290    **FAX NUMBER:** 281 677-4224
                  area code  phone number              area code  fax number
**EMAIL ADDRESS:** jswanson@jbslegal.org

Page 1 of 2

```
                         CAUSE NO. 201826579

                        RECEIPT NO.                         75.00        CTM
                                ********                    TX # 73485496
```

PLAINTIFF: RICHMOND, DAVID                          In The    334th
                vs.                                 Judicial District Court
DEFENDANT: OCWEN LOAN SERVICING LLC                 of Harris County, Texas
                                                    334TH DISTRICT COURT
                                                    Houston, TX

                         CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: OCWEN LOAN SERVICING LLC BY SERVING THE REGISTERED AGENT OF SAID
    COMPANY CORPORATIONS SERVICE COMPANY DBA CSC
    211  E 7TH STREET SUITE 620   AUSTIN  TX  78701 - 3218
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 19th day of April, 2018, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 19th day of April, 2018, under my hand and
seal of said Court.

Issued at request of:                               CHRIS DANIEL, District Clerk
SWANSON, JASON BERNARD                              Harris County, Texas
1300 N. SAM HOUSTON PKWY EAST, STE.                 201 Caroline, Houston, Texas 77002
175                                                 (P.O. Box 4651, Houston, Texas 77210)
HOUSTON, TX  77032
Tel: (281) 783-9290                                 Generated By: ELDRIDGE, WALTER F  J8P//10932784
Bar No.: 24083927

                         CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this   citation   together   with  an  attached  copy  of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____
                                        _____
                                        ADDRESS
_____
(a)ADDRESSEE                            Service was executed in accordance with Rule 106
                                          (2) TRCP, upon the Defendant as evidenced by the
                                          return receipt incorporated herein and attached
                                          hereto at

                                        _____
                                        on _____ day of _____, _____
                                        by U.S. Postal delivery to _____
                                        _____

                                        This citation was not executed for the following
                                        reason: _____
                                        _____

                                        CHRIS DANIEL, District Clerk
                                        Harris County, TEXAS

                                        By _____, Deputy


N.INT.CITM.P                       *73485496*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 201826579

| | | |
|---|---|---|
| RECEIPT NO. | 75.00 | CTM |
| ********** | TR # 73485496 | |

PLAINTIFF: RICHMOND, DAVID
vs.
DEFENDANT: OCWEN LOAN SERVICING LLC

In The   334th
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: OCWEN LOAN SERVICING LLC BY SERVING THE REGISTERED AGENT OF SAID
    COMPANY CORPORATIONS SERVICE COMPANY DBA CSC

    211  E 7TH STREET SUITE 620    AUSTIN   TX   78701 - 3218
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 19th day of April, 2018, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 19th day of April, 2018, under my hand and
seal of said Court.

Issued at request of:
SWANSON, JASON BERNARD
1300 N. SAM HOUSTON PKWY EAST, STE.
175
HOUSTON, TX  77032
Tel: (281) 783-9290
Bar No.: 24083927

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: ELDRIDGE, WALTER F   J8P//10932784

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____
(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
   (2) TRCP, upon the Defendant as evidenced by the
   return receipt incorporated herein and attached
   hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following
reason: _____

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By _____, Deputy

N.INT.CITM.P                              *73485496*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Kyle Ratzlaff  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  APR 2 5 2018  6. Date of Delivery |
| 1. Article Addressed to:<br>2018-26579    334<br><br>OCWEN LOAN SERVICING LLC BY SERVING THE REGISTERED AGENT OF SAID COMPANY CORPORATION SERVICE COMPANY DBA CSC<br>211 E 7TH STREET SUITE 620<br>AUSTIN, TX 78701 – 3218<br><br>9590 9402 2957 7094 7529 39 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>2018-26579 |
| 2. Article Number (Transfer from service label)<br>7017 1450 0001 3436 8721 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                  Domestic Return Receipt



5/18/2018 4:48 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24715449
By: DANIELLE JIMENEZ
Filed: 5/18/2018 4:48 PM

CAUSE NO. 2018-26579

| | | |
|---|---|---|
| DAVID RICHMOND AND ANGELIA RICHMOND, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § | 334TH JUDICIAL DISTRICT |
| OCWEN LOAN SERVICING, LLC | § § § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Ocwen Loan Servicing, LLC ("Ocwen") files this Original Answer and Affirmative Defenses to Plaintiffs' Original Petition ("Petition") and respectfully shows as follows:

## I. GENERAL DENIAL

1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Ocwen denies each and every claim, charge, and allegation contained in Plaintiffs' Petition and requests that the Court require Plaintiffs to prove their claims by a preponderance of the credible evidence.

## II. AFFIRMATIVE DEFENSES

2. Plaintiffs have failed to state a claim upon which relief may be granted.

3. Defendant is equitably and contractually subrogated as to all of the claims contained in Plaintiffs' suit.

4. Some or all of Plaintiffs' claims are barred due to their prior material breach of the contract at issue.

5. Some or all of Plaintiffs' claims are barred by the statute of frauds.

6. Some or all of Plaintiffs' claims are barred by waiver or estoppel.

7. Some or all of Plaintiffs' claims are barred by the statute of limitations.

674288.1;

1

8. Some or all of Plaintiffs' claims are barred because Plaintiffs are unable to prove their alleged losses, damages, and/or injuries in accordance with Texas law.

9. Some or all of Plaintiffs' claims are barred because Defendant's conduct was not the producing, nor the proximate, cause of Plaintiffs' alleged losses, damages, and/or injuries.

WHEREFORE, Ocwen prays that this Court enter judgment that Plaintiffs take nothing on their alleged claims, that the Petition be dismissed in its entirety, and for such other and further relief to which Ocwen may be entitled.

Respectfully submitted,

By: /s/ Amanda R. Laviage
**AMANDA R. LAVIAGE**
State Bar No. 24102067
alaviage@mcglinchey.com
1001 McKinney, Suite 1500
Houston, TX 77002
**MCGLINCHEY STAFFORD**
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

*Attorney for Ocwen Loan Servicing, LLC*

### CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing has been forwarded in accordance with the Texas Rules of Civil Procedure on this 18th day of May, 2018, as follows:

*Via Texas E-Filing and/or CMRRR*
Jason B. Swanson
Petite Law PLLC
1300 N Sam Houston Parkway E., Ste. 175
Houston, Texas 77032

*Attorney for Plaintiffs*

/s/ Amanda R. Laviage
Amanda R. Laviage